UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>AGS CONSTRUCTION, LLC.,<br><br>Debtor. | Bankruptcy Case No. 24-10663 KHT<br>Chapter 7 |
| JEFFREY A. WEINMAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>REALMANAGE, LLC. dba HAMMERSMITH CONSTRUCTION; SERVICES; LOUISIANA STATION LOFTS OWNERS ASSOCIATION, INC.; DUBLIN TERRACE TOWNHOME OWNERS ASSOCIATION, INC.; THE CAY AT MARINA POINTE CONDOMINIUM ASSOCIATION, INC.; FIRST VILLAGE EAST APARTMENT HOMES ASSOCIATION; PEBBLE BROOK CONDOMINIUM HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Adv. Pro. No. 25-1064 KHT |

_____

### ORDER FOR COMPLIANCE
_____

THIS MATTER comes before the Court on the Motion to Withdraw as Attorney ("Motion") filed by Wendy Weigler and Michael Lamb on behalf of Defendant The Cay at Marina Pointe Condominium Association, Inc. ("Movant") on August 15, 2025 (Docket #61). The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

[X] L.B.R. 9010-4: A motion to withdraw must state the reasons for withdrawal unless the statement would violate the Colorado Rules of Professional Conduct. Good cause for withdrawal may include an assertion that the

client has failed to make timely payments for post-petition services, provided that the attorney has completed the Basic Services, defined in L.B.R. 9010- 1(c)(5). In addition, the Motion must include attorney's statements or advice to the client and/or the Court as required by this rule. <u>The attorney must give notice in accordance with L.B.R. 9013-1 to the client, United States Trustee, trustee, and to all parties who have entered an appearance in the case or proceeding. The notice must include notice of an opportunity to object and provide an objection deadline of no less than seven days from the date of filing of the motion.</u> Both the motion and notice must be filed with the Court.

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further Order.

**DEFICIENCY CURE DATE: September 2, 2025**

DATED this 19th day of August, 2025.

BY THE COURT:

Kimberley H. Tyson,
United States Bankruptcy Judge